UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: SUSAN ANN GARDNER            Case No.  09-34863-DOT
         Debtor(s)                                     Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

       Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250.00.

       1.  The Attorney has provided services to the Debtor(s) in connection with preparation of filing of a pre-confirmation plan modification, to add a creditor with significant debt, that the debtor failed to provide to us, filed with this Court on 8/20/2009.

       2.  Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

       3.  The Attorney is the sole provider of legal services to the Debtor(s).

       4.  The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

       5.  The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                            Respectfully Submitted,

                                            /s/ Richard Oulton
                                            Richard Oulton (VSB#29640)
                                            Attorney for Debtor
                                            2807 N. Parham Road, Suite 107
                                            Richmond, VA 23294
                                            Tel:  (804) 747-7707

                                     Certificate of Service

       I certify that on 8/26/2009, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                              /s/ Richard Oulton
                                              Richard Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: SUSAN ANN GARDNER             Case No.    09-34863-DOT
       Debtor(s)                                    Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $250.00 in connection with the filing of a pre-confirmation modified plan. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 9/15/2009 you or your attorney must:

       File a written objection and a copy with the Court at:

            United States Bankruptcy Court
            701 E. Broad Street
            Richmond, VA 23219

       You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

| | |
|---|---|
| Address of attorney for the Debtor(s): | Richard Oulton<br>2807 N. Parham Road, Suite 107<br>Richmond, VA 23294<br>(804) 747-7707 |
| Address of Chapter 13 Trustee: | Robert E. Hyman<br>P.O. Box 1780<br>Richmond, VA 3219-1780 |

       Attend a hearing which will be scheduled at a later date. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

8/26/2009                                                                     /s/ Richard Oulton
                                                                             Richard Oulton (VSB#29640)
                                                                             Attorney for Debtor
                                                                             2807 N. Parham Road, Suite 107
                                                                             Richmond, VA 23294
                                                                             Tel: (804) 747-7707

## PROOF OF SERVICE

The undersigned hereby certifies that on 8/26/2009, the foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

/s/ Richard Oulton

**Service Matrix:**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 3219-1780

# Creditors

**American General Finan**
9022 W Broad St
Richmond, VA 23294-0000

(9082503)
(cr)

**Bb&T**
Po Box 2306
Wilson, NC 27894-0000

(9082504)
(cr)

**Bb&T**
Po Box 1847
Wilson, NC 27894-0000

(9082505)
(cr)

**Bellwood**
7101 Jefferson Davis Hwy
Richmond, VA 23237-0000

(9082506)
(cr)

**Bellwood Fcu**
7101 Jeff Davis
Richmond, VA 23237-0000

(9082507)
(cr)

**Bellwood Fcu**
7101 Jefferson Dav
Richmond, VA 23237-0000

(9082508)
(cr)

**Bellwood Federal Cr Un**
7101 Jefferson Highway
Richmond, VA 23234-0000

(9082509)
(cr)

**Belwood Cu**
P.O. Box 34628
Richmond, VA 23234-0628

(9082510)
(cr)

**Cbusasears** (9082511)
133200 Smith Rd (cr)
Cleveland, OH 44130-0000

**Comcast** (9082512)
6510 Iron Bridge Rd (cr)
Richmond, VA 23234-0000

**County of Henrico, Virginia**
Dept. of Finance (9082513)
PO Box 990775 (cr)
Richmond, VA 23273-0775

**First Citizens Bank**
Attn: Roz Johnson Duty (9116036)
PO Box 25187 DAC 36 (cr)
Raleigh, NC 27611-5187

**First Citizens Bank & Trust** (9082514)
100 E Tryon Rd (cr)
Raleigh, NC 27603-0000

**Gemb/Care Credit** (9082515)
Po Box 981439 (cr)
El Paso, TX 79998-0000

**Gemb/Sams Club** (9082516)
Po Box 981400 (cr)
El Paso, TX 79998-0000

**Kohls/Chase** (9082517)
N56 W 17000 Ridgewood Dr (cr)
Menomonee Falls, WI 53051-0000

**Lowes**
GE Money Bank, Attn. Bankruptc (9082518)
PO Box 103104 (cr)
Roswell, GA 30076-0000

**NTELOS** (9082519)
PO Box 580423 (cr)
Charlotte, NC 28258-0423

**Sprint Cell Phone** (9082520)
PO Box 105243 (cr)
Atlanta, GA 30348-0000

**Truman Refuse Service** (9082521)
PO Box 70882 (cr)
Richmond, VA 23255-0000

**Virginia Physicians for Women**  (9082522)
PO Box 6829  (cr)
Richmond, VA 23230-0829

**Wffnatlbnk**  (9082523)
Po Box 94498  (cr)
Las Vegas, NV 89193-0000