UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: SUSAN ANN GARDNER            Case No.     09-34863-DOT
        Debtor(s)                                      Chapter 13

**ORDER APPROVING ATTORNEY COMPENSATION**

       The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in connection with a pre-confirmation modified plan. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee, Robert E. Hyman, is authorized to pay an additional $250.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                                    UNITED STATES BANKRUPTCY COURT

                                                    By_____
                                                                  Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Richard J Oulton_____
Richard J. Oulton, VSB# 29640, Counsel for Debtor
2807 N. Parham Road, Suite 107
Richmond, VA 23294
Tel. 804-747-7707

Seen and approved
/s/ Susan Ann Gardner_____
SUSAN ANN GARDNER

Seen and agreed__X____ Seen and Objected_____ to
/s/ Robert E Hyman_____
Robert E. Hyman

                                                  Certification

      I hereby certify that this Order has been endorsed by all necessary parties to this matter.

                                                _____/s/ Richard J Oulton_____
                                                      Richard J. Oulton

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 3219-1780